Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____    Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Prime Time Shopping Network, Inc.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 5 6 – 2 3 5 6 4 1 6 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6965 Trolleyway South**<br>Number      Street | Number      Street |
| **Playa Del Rey, CA 90293**<br>City                State    ZIP Code | City                State    ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number      Street |
| | City                State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Prime Time Shopping Network, Inc.**    Case number *(if known)* _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .    ___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **Prime Time Shopping Network, LLC**    Relationship **Affiliate** _____

District **Central District of California** _____    When **1/23/2026** _____
                                                            MM / DD / YYYY

Case number, if known _____

| Debtor | **Prime Time Shopping Network, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>_____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>                    Number       Street<br><br>_____<br><br>_____<br>City                                 State      ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes.   Insurance agency _____<br><br>          Contact name _____<br><br>          Phone _____ |

---

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| **15. Estimated assets** | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   **Prime Time Shopping Network, Inc.**
_____   Case number *(if known)* _____
Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   1/22/2026
            MM/ DD/ YYYY

X _____          _____
Signature of authorized representative of debtor          **John Anthony Jackels**
                                          Printed name

Title          **Owner**

**18. Signature of attorney**

X _____          Date   **01/22/2026**
Signature of attorney for debtor                      MM/ DD/ YYYY

**Paige T. Rolfe**
Printed name

**Weintraub, Zolkin Talerico & Selth LLP**
Firm name

**11766 Wilshire Blvd Suite 730**
Number       Street

**Los Angeles**                    **CA**       **90025**
City                               State      ZIP Code

**(310) 207-1494**                 **prolfe@wztslaw.com**
Contact phone                      Email address

**331096**                         **CA**
Bar number                         State

Debtor  **Prime Time Shopping Network, Inc.**                              Case number *(if known)* _____
        Name

## Additional Page

10. Continued

Debtor  **Jack Anthony Jackels**                      Relationship  **Affiliate**

District  **Central District of California**          When  **1/23/2026**
                                                            MM / DD / YYYY

Case number, if known  _____

## CERTIFICATE OF RESOLUTIONS

## OF PRIME TIME SHOPPING NETWORK, INC.

The undersigned, being the owner and CEO of Prime Time Shopping Network, Inc., does hereby certify that the following resolutions were adopted by written consent:

RESOLVED that John Anthony Jackels is authorized to execute and file or cause to be filed a petition under Chapter 7 of the United States Bankruptcy Code on behalf of Prime Time Shopping Network, Inc.

RESOLVED that the filing of a Chapter 7 case on behalf of Prime Time Shopping Network, Inc., is in the best interests of the corporation and its creditors.

RESOLVED that WEINTRAUB ZOLKIN TALERICO & SELTH, LLP is retained to act as general bankruptcy counsel in that proceeding.

RESOLVED that John Anthony Jackels is the party designated to act on behalf of the corporation in all matters pertaining to the Chapter 7 proceeding including, but not limited to providing direction to counsel, executing documents, and appearing in Court as necessary.

Dated: January 22, 2026                    By: _____

John Anthony Jackels, Owner and CEO

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

   **In re Prime Time Shopping Network, LLC, Chapter 7 case filed by Debtor's affiliate in the Central District of California, Los Angeles Division on January 23, 2026.**

   **In re John Anthony Jackels, Chapter 7 case filed by Debtor's affiliate in the Central District of California, Los Angeles Division on January 23, 2026.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Los Angeles**, California

Date: **01/22/2026**

John Anthony Jackels
Owner

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018      Page 1      **F 1015-2.1.STMT.RELATED.CASES**

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Paige T. Rolfe
Bar Number: 331096
Weintraub, Zolkin Talerico & Selth LLP
11766 Wilshire Blvd Suite 730
Los Angeles, CA 90025
Phone: (310) 207-1494
Email: prolfe@wztslaw.com

☑ *Attorney for:* **Prime Time Shopping Network, Inc.**

FOR COURT USE ONLY

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:
Prime Time Shopping Network, Inc.

Debtor(s).

CASE NO.: _____

ADVERSARY NO.: _____

CHAPTER: 7

Plaintiff(s),

**CORPORATE OWNERSHIP STATEMENT
PURSUANT TO RBP 1007(A)(1)
AND 7007.1, AND LBR 1007-4**

Defendant(s).

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* **Prime Time Shopping Network, Inc.** , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

        ☑ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ☐ I am the attorney for the Debtor corporation

2.a.     ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

b.       ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:   **01/22/2026**     By:   _____

                              Signature of Debtor, or attorney for Debtor

                Name:   **Prime Time Shopping Network, Inc.**

                              Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name **Prime Time Shopping Network, Inc.**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____ Chapter __**7**__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*............................................................................

   **$0.00**

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.........................................................................

   **$31.43**

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*...........................................................................

   **$31.43**

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   **$0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................................

   **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................................

   **+ $850,000.00**

4. **Total liabilities**....................................................................................................................................

   **$850,000.00**

   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor Name   **Prime Time Shopping Network, Inc.**

United States Bankruptcy Court for the: _____ **Central** _____ District of _____ **California**
                                                                                                        (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2.  **Cash on hand**                                                                              _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
    | --- | --- | --- | --- |
    | 3.1. **Comerica Bank** | **Checking account** | **8  6  9  8** | **$31.43** |

4.  **Other cash equivalents** *(Identify all)*

    4.1  _____     _____

    4.2  _____     _____

5.  **Total of Part 1**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$31.43**

| Part 2: | Deposits and prepayments |
| --- | --- |

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7.  **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

    7.1  _____     _____

Debtor      **Prime Time Shopping Network, Inc.**                                    Case number *(if known)*
            _____
            Name

---

| 7.2 | _____ | _____ |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

      Description, including name of holder of prepayment

      8.1  _____        _____

      8.2  _____        _____

9.    **Total of Part 2**
      Add lines 7 through 8. Copy the total to line 81.                   _____

---

| **Part 3:** | Accounts receivable |

10.   **Does the debtor have any accounts receivable?**

      ☑ No. Go to Part 4.
      ☐ Yes. Fill in the information below.

                                                                    **Current value of
                                                                    debtor's interest**

11.   **Accounts receivable**

      11a. 90 days old or less:  _____ - _____  =.....➔   _____
                                 face amount       doubtful or uncollectible accounts

      11b. Over 90 days old:     _____ - _____  =.....➔   _____
                                 face amount       doubtful or uncollectible accounts

12.   **Total of Part 3**
      Current value on lines 11a + 11b = line 12. Copy the total to line 82.    _____

---

| **Part 4:** | Investments |

13.   **Does the debtor own any investments?**

      ☐ No. Go to Part 5.
      ☑ Yes. Fill in the information below.

                                                  **Valuation method used    Current value of
                                                  for current value          debtor's interest**

14.   **Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

      14.1  _____    _____    _____

      14.2  _____    _____    _____

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
      including any interest in an LLC, partnership, or joint venture**

      Name of entity:                             % of
                                                  ownership:

      15.1 **Prime Time Shopping Network, LLC. Entity has significant**   **85.00%**   _____   **$0.00**
           **liabilities and minimal assets.**

---

Debtor    **Prime Time Shopping Network, Inc.**
Name

Case number *(if known)* _____

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1 _____    _____    _____

   16.2 _____    _____    _____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.

   | $0.00 |

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

   | _____ |

24. **Is any of the property listed in Part 5 perishable?**

   ☐ No

   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor    **Prime Time Shopping Network, Inc.**_____    Case number *(if known)* _____
　　　　　Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

_____

**34.** **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

　　☐ No

　　☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Debtor      **Prime Time Shopping Network, Inc.**                              Case number *(if known)* _____
           Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | _____ | _____ | _____ |
| 40. **Office fixtures** | _____ | _____ | _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | _____ | _____ | _____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | _____ | _____ | _____ |
| 42.2 _____ | _____ | _____ | _____ |
| 42.3 _____ | _____ | _____ | _____ |

43. **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86.

_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ❑ No
   ❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ❑ No
   ❑ Yes

**Part 8:**      Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
   ☑ No. Go to Part 9.
   ❑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |

Debtor    **Prime Time Shopping Network, Inc.**                                    Case number *(if known)* _____
     Name

48.  **Watercraft, trailers, motors, and related accessories** Examples:
     Boats, trailers, motors, floating homes, personal watercraft, and fishing
     vessels

    48.1 _____     _____  _____  _____

    48.2 _____     _____  _____  _____

49.  **Aircraft and accessories**

    49.1 _____     _____  _____  _____

    49.2 _____     _____  _____  _____

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

    _____     _____  _____  _____

51.  **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                        [_____]

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

    ❏ No

    ❏ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ❏ No

    ❏ Yes

## Part 9:   Real property

54.  **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ❏ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56.  **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.      [_____]

Debtor   **Prime Time Shopping Network, Inc.**                                    Case number *(if known)* _____
         Name

---

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 10:    Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | _____ | _____ | _____ |
| 61.  **Internet domain names and websites** | _____ | _____ | _____ |
| 62.  **Licenses, franchises, and royalties** | _____ | _____ | _____ |
| 63.  **Customer lists, mailing lists, or other compilations** | _____ | _____ | _____ |
| 64.  **Other intangibles, or intellectual property** | _____ | _____ | _____ |
| 65.  **Goodwill** | _____ | _____ | _____ |

66.  **Total of Part 10**
     Add lines 60 through 65. Copy the total to line 89.                                          _____

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:    All other assets**

Debtor   **Prime Time Shopping Network, Inc.**
         Name

Case number *(if known)* _____

---

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.  **Notes receivable**

Description (include name of obligor)

_____   _____  –  _____ = ➡   _____
                          Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   _____

_____   Tax year _____   _____

_____   Tax year _____   _____

73.  **Interests in insurance policies or annuities**

_____   _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   _____

**Nature of claim**   _____

**Amount requested**   _____

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   _____

**Nature of claim**   _____

**Amount requested**   _____

76.  **Trusts, equitable or future interests in property**

_____   _____

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   _____

_____   _____

78.  **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.

_____

Debtor   **Prime Time Shopping Network, Inc.**
Name

Case number *(if known)* _____

---

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ❏ No
    ❏ Yes

### Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $31.43 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................................................ ➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** | |
| 91. **Total.** *Add lines 80 through 90 for each column* ...........................91a. | $31.43 | **+** 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................. | | $31.43 |

**Fill in this information to identify the case:**

Debtor name __**Prime Time Shopping Network, Inc.**__

United States Bankruptcy Court for the: __**Central**__ District of __**California**__

(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**  **Creditor's name**
_____

**Describe debtor's property that is subject to a lien**
_____

**Creditor's mailing address**
_____
_____

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
_____

Fill in this information to identify the case:

Debtor name **Prime Time Shopping Network, Inc.**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**CA Dept of Tax and Fee Administration**

**Account Information Group, MIC: 29**

**PO Box 942879**

**Sacramento, CA 94279-0029**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

**2.2** Priority creditor's name and mailing address

**Employment Development Department**

**Bankruptcy Group MIC 92E**

**PO Box 826880**

**Sacramento, CA 94280-0001**

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?

☑ No

☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

| Debtor | **Prime Time Shopping Network, Inc.** | Case number *(if known)* |
|--------|----------------------------------------|--------------------------|
| | Name | |

---

**Part 1:**  Additional Page

---

**2.3**

Priority creditor's name and mailing address

**Franchise Tax Board**

**Bankruptcy Section MS A-340**

**PO Box 2952**

**Sacramento, CA 95812-2952**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

_____unknown_____          _____unknown_____

---

**2.4**

Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

_____unknown_____          _____unknown_____

---

**2.5**

Priority creditor's name and mailing address

**Los Angeles County Tax Collector**

**PO Box 54110**

**Los Angeles, CA 90054-0110**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a)  **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

_____unknown_____          _____unknown_____

---

| Debtor | **Prime Time Shopping Network, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address

**Fundamental Capital LLC**

**c/o Marcella G. Rabinovich Esq. PLLC**

**100 Merrick Rd Suite W212**

**Rockville Centre, NY 11570**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Nassau County Clerk Case No. 610355/2025**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **unknown**

---

**3.2**  Nonpriority creditor's name and mailing address

**Fundamental Capital LLC D/B/A Nexi**

**100 Merrick Rd Suite W212**

**Rockville Centre, NY 11570**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **unknown**

---

**3.3**  Nonpriority creditor's name and mailing address

**JBT**

**2348 Post Road Ste 120**

**Warwick, RI 02886**

Date or dates debt was incurred  _____

Last 4 digits of account number  **2  0   8  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Collection agency for Donald Gruenberg, Inc.**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$850,000.00**

---

**3.4**  Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☐ No
☐ Yes

| Debtor | **Prime Time Shopping Network, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 3: List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Donald E. Gruenberg, Inc.**<br><br>**8474 Melrose Avenue West**<br><br>**West Hollywood, CA 90069** | Line **3.3**<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   **Prime Time Shopping Network, Inc.** _____      Case number *(if known)* _____
       Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.  **Total claims from Part 2** | 5b.  **+** | **$850,000.00** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$850,000.00** |

Fill in this information to identify the case:

Debtor name    **Prime Time Shopping Network, Inc.**

United States Bankruptcy Court for the:    **Central**    District of    **California**
(State)

Case number (If known):    Chapter    **7**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.**    **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Fill in this information to identify the case:

Debtor name        **Prime Time Shopping Network, Inc.**

United States Bankruptcy Court for the:        **Central**        District of        **California**
                                                                            (State)

Case number (If known):

☐ Check if this is an
    amended filing

## Official Form 206H

## Schedule H: Codebtors                                                      12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.   Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.   In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Jackels, John Anthony** | **6965 Trolleyway S**<br>Street<br><br>**Playa Del Rey, CA 90293**<br>City          State          ZIP Code | **Fundamental Capital LLC D/B/A Nexi** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2  **Prime Time Shopping Network LLC** | **6965 Trolleyway South**<br>Street<br><br>**Playa Del Rey, CA 90293**<br>City          State          ZIP Code | **Fundamental Capital LLC D/B/A Nexi** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City          State          ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | **Prime Time Shopping Network, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.6 | _____ | Street _____ _____ City        State        ZIP Code | _____ | ❏ D ❏ E/F ❏ G |

**Fill in this information to identify the case:**

Debtor name  **Prime Time Shopping Network, Inc.**

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **01/22/2026**
MM/ DD/ YYYY

X _____
Signature of individual signing on behalf of debtor

**John Anthony Jackels**
Printed name

**Owner**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name          **Prime Time Shopping Network, Inc.**

United States Bankruptcy Court for the:
**Central District of California**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2026</u> to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** From <u>01/01/2025</u> to <u>12/31/2025</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$13,500.00** |
| **For the year before that:** From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$97,250.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2026</u> to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From <u>01/01/2025</u> to <u>12/31/2025</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From <u>01/01/2024</u> to <u>12/31/2024</u><br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor    **Prime Time Shopping Network, Inc.**    Case number *(if known)* _____

Name

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City         State    ZIP Code | _____<br><br><br>_____<br><br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City         State    ZIP Code | _____<br><br><br>_____<br><br><br>_____ | _____ | _____<br><br><br>_____<br><br><br>_____ |
| **Relationship to debtor**<br><br>_____ | | | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor  **Prime Time Shopping Network, Inc.**                                    Case number *(if known)*
        Name

5.1. _____        _____        _____        _____
     Creditor's name

     _____
     Street

     _____

     _____
     City                State   ZIP Code

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br><br> _____ <br> City   State   ZIP Code | _____ <br><br> XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:** Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Fundamental Capital, LLC v. Prime Time Shopping Network LLC, John A Jackels, et al** | **Complaint for Breach of Contract filed May 13, 2025.** | **Nassau County Supreme Court** <br> Name <br> **100 Supreme Ct Dr** <br> Street <br><br> **Mineola, NY 11501** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number <br> **610355/2025** | | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor  Prime Time Shopping Network, Inc.                                           Case number *(if known)* _____

Name

**8.1.**

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | _____ |
| Custodian's name | **Case title** | **Court name and address** |
| _____ | _____ | Name |
| Street | | _____ |
| _____ | **Case number** | Street |
| _____ | _____ | _____ |
| City          State    ZIP Code | **Date of order or assignment** | City          State    ZIP Code |
| | _____ | |

---

**Part 4:**   Certain Gifts and Charitable Contributions

**9.**   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

**9.1.**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Recipient's name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City          State    ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |

---

**Part 5:**   Certain Losses

**10.**   All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** _____ | _____ | _____ | _____ |

---

**Part 6:**   Certain Payments or Transfers

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor    Prime Time Shopping Network, Inc.                                                Case number *(if known)* _____

Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Weintraub, Zolkin Talerico & Selth LLP** | **Attorney's Fee** | **12/23/2025** | **$2,000.00** |

| **Address** |
|---|

**11766 Wilshire Blvd Suite 730**
Street

_____

**Los Angeles, CA 90025**
City                    State        ZIP Code

| **Email or website address** |
|---|

**dzolkin@wztslaw.com**

| **Who made the payment, if not debtor?** |
|---|

**Debtor's principal's daughter**


### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| **Trustee** |
|---|


### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor   **Prime Time Shopping Network, Inc.**   Case number *(if known)* _____

Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Address |
|---|
| |

Street

_____

City                State    ZIP Code

| Relationship to debtor |
|---|
| |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1.  **6430 Sunset Boulevard Suite 1200**
Street                                              From **2011** To **September 2025**

**Los Angeles, CA 90028**
City                State    ZIP Code

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.  _____

Facility name

Street                                              Location where patient records are maintained(if different from facility address). If electronic, identify any service provider.       **How are records kept?**

City                State    ZIP Code

*Check all that apply:*

☐ Electronically

☐ Paper

---

Debtor **Prime Time Shopping Network, Inc.**     Case number *(if known)*

Name

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

       Does the debtor have a privacy policy about that information?

       ☐ No

       ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

       ☐ No. Go to Part 10.

       ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

       Has the plan been terminated?

       ☐ No

       ☐ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | **Chase Bank**<br>Name<br>**PO Box 182051**<br>Street<br>_____<br>**Columbus, OH 43218**<br>City  State  ZIP Code | XXXX– **6 1 3 1** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | **08/07/2025** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

---

Debtor    **Prime Time Shopping Network, Inc.**    Case number *(if known)* _____

Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|----------------------------------------|-----------------------------------|-----------------------------|----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City        State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|---------------------------|-----------------------------------|-----------------------------|----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City        State    ZIP Code | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|-----------------------------|-------|
| | | | |
| Name | | | |
| Street | | | |
| City        State    ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor  **Prime Time Shopping Network, Inc.**    Case number *(if known)* _____

Name

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | _____ | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Debtor     **Prime Time Shopping Network, Inc.**                          Case number *(if known)*
Name _____

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1. **Prime Time Shopping Network LLC**
Name

**6965 Trolleyway South**
Street

_____

**Playa Del Rey, CA 90293**
City            State     ZIP Code

**Jewelry sales**

EIN: __4 5__ – __2 6 4 4 5 1 3__

| Dates business existed |
|---|

From **June 2011**  To **May 2025**

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1. **MGO**
Name

**2121 Avenue of the Stars Suite 2200**
Street

_____

**Los Angeles, CA 90067**
City            State     ZIP Code

From **2011**  To **2025**

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1. _____
Name

_____
Street

_____

_____
City            State     ZIP Code

From _____  To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1. **MGO**
Name

**2121 Avenue of the Stars Suite 2200**
Street

_____

**Los Angeles, CA 90067**
City            State     ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

---

Debtor    **Prime Time Shopping Network, Inc.**                                                 Case number *(if known)*
_____
Name

| Name and address |
|---|

26d.1.

_____
Name

_____
Street

_____

_____
City                        State            ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.   _____

_____
Name

_____
Street

_____

_____
City                        State          ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jackels, John Anthony** | **6965 Trolleyway S Playa Del Rey, CA 90293** | **CEO, Owner** | **100.00%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | , _____ | From _____<br>To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor   **Prime Time Shopping Network, Inc.** _____  Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. Jackels, John Anthony _____   $5,337 total   February 2025-June 2025   Expenses paid as compensation
Name

6965 Trolleyway S _____
Street

Playa Del Rey, CA 90293 _____
City                      State        ZIP Code

**Relationship to debtor**

Debtor's principal

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**01/22/2026**___
                    MM/  DD/  YYYY

X _____                    Printed name _____ **John Anthony Jæckel s** _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor ___**Owner**___

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Central District of California

**In re**    Prime Time Shopping Network, Inc.

Case No. _____

**Debtor**    Chapter _____7_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ......................................................................................    **$2,000.00**

Prior to the filing of this statement I have received ...........................................................................    **$2,000.00**

Balance Due .........................................................................................................................................    **$0.00**

2.    The source of the compensation paid to me was:

☐ Debtor    ☑ Other (specify)    **Debtor's principal's daughter**

3.    The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __01/22/2026__ | |
| Date | Paige T. Rolfe |
| | *Signature of Attorney* |

Bar Number: 331096
Weintraub, Zolkin Talerico & Selth LLP
11766 Wilshire Blvd Suite 730
Los Angeles, CA 90025
Phone: (310) 207-1494

**Weintraub, Zolkin Talerico & Selth LLP**
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX
Nos., State Bar No. & Email Address

**Paige T. Rolfe**
**Bar Number: 331096**
**Weintraub, Zolkin Talerico & Selth LLP**
**11766 Wilshire Blvd Suite 730**
**Los Angeles, CA 90025**
**Phone: (310) 207-1494**
**Email: prolfe@wztslaw.com**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without attorney*
☑ *Attorney for Debtor(s)*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

**Prime Time Shopping Network, Inc.**

CASE NO.:

CHAPTER: 7

## VERIFICATION OF MASTER
## MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ____2____ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____01/22/2026_____

_____
Owner

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____01/22/2026_____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

CA Dept of Tax and Fee
Administration
Account Information Group, MIC: 29
PO Box 942879
Sacramento, CA 94279-0029

Donald E. Gruenberg, Inc.
8474 Melrose Avenue West
West Hollywood, CA 90069

Employment Development
Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812-2952

Fundamental Capital LLC
c/o Marcella G. Rabinovich Esq. PLLC
100 Merrick Rd Suite W212
Rockville Centre, NY 11570

Fundamental Capital LLC
D/B/A Nexi
100 Merrick Rd Suite W212
Rockville Centre, NY 11570

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JBT
2348 Post Road Ste 120
Warwick, RI 02886

Los Angeles County Tax
Collector
PO Box 54110
Los Angeles, CA 90054-0110